IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02047-NYW

DENNIS P. HARPER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order signed by the Honorable Nina Y. Wang, on February 24, 2016, incorporated herein by reference, it is

ORDERED that the Court VACATES Defendant's denial of disability insurance benefits and supplemental security income.  It is

FURTHER ORDERED that the matter is REMANDED to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order pursuant to sentence four in 42 U.S.C. 405(g), for the limited purpose of considering any applicable limitations associated with Plaintiff's social functioning but no other issues.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Dennis P. Harper, and against Defendant, Carolyn W. Colvin, Commissioner of Social Security.

DATED at Denver, Colorado this   24th   day of February, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N. Marble
N. Marble,
Deputy Clerk